USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: July 1, 2020

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA            :
                                    :   15 CR 878 (VM)
     - against -                    :
                                    :   ORDER
SAMUEL CERUTI,                      :
                                    :
                       Defendant.   :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

The Court has received a letter from defendant Samuel Ceruti (see attached) regarding his sentence. It is hereby ordered that the Government respond by letter within seven (7) days of the date of this Order. The Government is directed to advise the Court as to whether the defendant's sentence will run concurrently with the defendant's sentence in his related state court proceedings, as ordered by the Court. (See Dkt. No. 164.) The Government is further directed to advise the Court as to when the state will take custody of the defendant, if that information is known.

The Clerk of Court is respectfully directed to mail a copy of this Order to the defendant at Samuel Ceruti, Register Number 78162-054, MCC New York, Metropolitan Correctional Center, 150 Park Row, New York, NY 10007.

**SO ORDERED.**

Dated: New York, New York
       1 July 2020

_____
Victor Marrero
U.S.D.J.

To, your Honor Marrero  6/17/2020

My Name is Samuel Ceruti, ID# 7816-2054
I Came To Mcc on January 16, 2020
I'm Here On A federal Writ.
On March 13, 2020 your Honor Marrero
I Samuel Ceruti was Sentenced To
48 months Time Served Ran Concurrent
with my State Case. Your Honor
Marrero, my Councelor Espenet Told
me That The Computer Shows That
my federal Time Does not run
Concurrent with State Time
So Please, Can you Send The Correct
paperwork To Mcc. or can you e-mail
To Mcc or Fax it.

from, Samuel Ceruti,
ID# 7816-2054

Can you Please Send me
Back To my State Jail A.S.A.P.

Samuel Levitt
Metropolitan Correctional Center
150 Park Row
New York, New York
10007

ID# 78116-2054

To Judge Marrero
500 Pearl Street
New York, New York 10007

Legal mail

NEW YORK NY 100
15 JUN 2020 PM 7 L

USMS
SDNY